IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **DEBRA MCVAY,** § § § *Plaintiff,* § § v. § § **KEYONA NOEL and** § **UNITED PARCEL SERVICE, INC.,** § § *Defendants.* § § -AND- § § **KEYONA NOEL and** § **UNITED PARCEL SERVICE, INC.,** § § *Third-Party Plaintiffs*, § v. § § **CD PILOT CAR SERVICES LLC,** § § *Third-Party Defendant.* § | **CIVIL ACTION NO. 5:21-cv-00120-RWS** |

**DEFENDANT/THIRD-PARTY PLAINTIFF UNITED PARCEL SERVICE, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST CD PILOT CAR SERVICES LLC AND MOTION TO SEVER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Defendant/Third-Party Plaintiff United Parcel Service, Inc. ("Third-Party Plaintiff") and files its Motion for Default Judgment Against Third-Party Defendant CD Pilot Car Services LLC ("Third-Party Defendant") pursuant to FED. R. CIV. P. 55, and Motion to Sever pursuant to FED. R. CIV. P. 14(a)(4) and 21. By way of same, Third-Party Plaintiff would respectfully show the Court the following:

## MOTION FOR DEFAULT JUDGMENT

1. Third-Party Plaintiff moves the Court for a judgment by default, and shows that the Complaint was filed in this court on March 10, 2022. [Dkt. 26]. The Summons and Complaint were duly served on Third-Party Defendant on March 30, 2022. [Dkt. 31]. No answer or other defense has been filed by the Third-Party Defendant. Default was entered in the civil docket in the office of the clerk of this court on September 6, 2022. [Dkt. 39]. No proceedings have been taken by the Third-Party Defendant since default was entered. Third-Party Plaintiff is entitled to the sum certain of $20,123.95 according to the affidavit of Ben Glaser attached as Exhibit A. Third-Party Defendant is not in military service and is not an infant or incompetent as appears in the affidavit of Preston K. Osborn attached as Exhibit B. Third-Party Defendant was the owner of the vehicle which struck the vehicle owned by Third-Party Plaintiff, causing property damage to Third-Party Plaintiff's vehicle. *See* Exhibit C, a Certified copy of the Texas Peace Officer's Crash Report for the alleged collision made the basis of the above-styled suit, incorporated herein by reference.

2. Pursuant to FED. R. CIV. P. 55, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default," and "[i]f the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk— on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person." Third-Party Plaintiff hereby requests entry of judgment by default against Third-Party Defendant.

## MOTION TO SEVER

3. In order to make the judgment by default against Third-Party Defendant final, Third-

Party Plaintiff hereby moves the Court to sever its claims against Third-Party Defendant from those brought in the above-styled case, including those brought by Third-Party Plaintiff Keyona Noel, pursuant to FED. R. CIV. P. 14(a)(4) and 21. Third-Party Plaintiff Keyona Noel has not joined in this Motion for Default Judgment Against CD Pilot Car Services, LLC and has brought claims solely arising from bodily injuries she sustained in the collision, which are separate and distinguishable from the property damage claims brought by Third-Party Plaintiff United Parcel Service, Inc.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant/Third-Party Plaintiff United Parcel Service, Inc., prays that the Court sever its claims from the above-styled case, enter judgment in favor of Third-Party Plaintiff and against Third-Party Defendant, awarding Third-Party Plaintiff the relief sought, including property damage, costs of court, post-judgment interest as allowed by law, and such other and further relief, either at law or in equity to which Third-Party Plaintiff may be justly entitled. Praying further, Third-Party Plaintiff prays for such other and further relief, either at law or in equity, to which it may be justly entitled.

Respectfully submitted,

**MAYER LLP**

By:   */s/ Lindsay G. Gorbach*
      Lindsay G. Gorbach
      Texas Bar No. 24059839
      John Landreth
      Texas Bar No. 24117566
      Preston K. Osborn
      Texas Bar No. 24101135

725 N. St. Paul St., Suite 700
Dallas, Texas 75201
(870) 926-2225
lgorbach@mayerllp.com
jlandreth@mayerllp.com
posborn@mayerllp.com

-and-

**THE LAW OFFICES OF MICHAEL STEVENS**

Michael Stevens
Texas Bar No. 19184500
410 N. State Line Avenue
Texarkana, Arkansas 71854
(870) 773-0751
(870) 773-0756 *(facsimile)*
law@mikestevenslaw.com

**ATTORNEYS FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS KEYONA NOEL AND UNITED PARCEL SERVICE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following counsel of record via electronic transmission, on September 30, 2022:

Kurt B. Arnold
J. Kyle Findley
Adam Lewis
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, Texas 77007

Stafford Davis
Catherine Bartles
**THE STAFFORD DAVIS FIRM, P.C.**
815 South Broadway Avenue
Tyler, Texas 75701

             */s/ Preston K. Osborn*
             Preston K. Osborn