IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| DEBRA MCVAY, §<br>*Plaintiff,* §<br>v. §<br> §<br>KEYONA NOEL and §<br>UNITED PARCEL SERVICE, INC., §<br>*Defendants* §<br> §<br>-AND- §<br> §<br>KEYONA NOEL and §<br>UNITED PARCEL SERVICE, INC., §<br>*Third-Party Plaintiffs*, §<br>v. §<br> §<br>CD PILOT CAR SERVICES LLC, §<br>*Third-Party Defendant*. § | Civil Action No. 5:21-CV-00120-RWS |

## **FINAL JUDGMENT**

Pursuant to the Court's partial final judgment (Docket No. 57) and order dismissing the remaining claims in above-captioned action (Docket No. 63), the Court finds that all issues in dispute have been resolved. Accordingly, the Court hereby enters final judgment. It is therefore

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** with each party bearing its own attorney's fees, costs, and expenses. It is further

**ORDERED** that any pending motion is **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case. In the parties' stipulation, they indicate that they "jointly move to dismiss all claims brought by any party in the suit." Docket No. 62 at ¶ 3.

**So ORDERED and SIGNED this 3rd day of March, 2023.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE